KALAH A. PAISLEY
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, #300
Great Falls, MT 59401
Phone: (406) 771-2022
FAX: (406) 453-9973
Email: kalah.paisley@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

JUN 05 2024

Clerk, U.S. District Court
District of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. KEVIN JAMES TROMBLEY Defendant. | CR 24- 47 -GF-BMM <br><br> INDICTMENT <br><br> AGGRAVATED SEXUAL ABUSE (Count 1) <br> Title 18 U.S.C. §§ 1153(a) and 2241(a) <br> (Penalty: Life imprisonment, $250,000 fine, and not less than five years to lifetime supervised release) <br><br> ASSAULT RESULTING IN SERIOUS BODILY INJURY (Count 2) <br> Title 18 U.S.C. §§ 1153(a) and 113(a)(6) <br> (Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

1

## COUNT 1

That on or about June 12, 2022, at or near Starr School, in Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, KEVIN JAMES TROMBLEY, an Indian person, knowingly engaged in a sexual act with Jane Doe, by using force against Jane Doe, and threatening and placing Jane Doe in fear that any person will be subjected to death, serious bodily injury, and kidnapping, in violation of 18 U.S.C. §§ 1153(a) and 2241(a).

## COUNT 2

That on or about July 3, 2023, at or near Browning, in Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, KEVIN JAMES TROMBLEY, an Indian person, intentionally assaulted John Doe, said assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(6).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

2