UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, vs.<br><br>KEVIN JAMES TROMBLEY,<br><br>Defendant. | CR-24-47-GF-BMM<br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court provide meals for the jurors during their deliberations in the above-entitled case.

DATED 7th day of October, 2025.

_Brian Morris_

Brian Morris, Chief District Judge
United States District Courts