# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN JAMES TROMBLEY,<br><br>Defendant. | CR 24-47-GF-BMM<br><br><br><br>**ORDER** |

This case having been tried to a jury, and in accordance with the verdict of the jury reached on October 9, 2025, **IT IS ORDERED** that the Defendant is **ACQUITTED** of Count 3 of the Superseding Indictment.

DATED this 9th day of October 2025.

_____
Brian Morris, Chief District Judge
United States District Courts