# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 24-47-GF-BMM** |
| **Plaintiff,** | |
| **v.** | **ORDER SEALING TRIAL EXHIBITS GOV. 13 AND GOV. 29** |
| **KEVIN JAMES TROMBLEY,** | |
| **Defendant.** | |

Based on the unopposed motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that government's trial exhibits 13 and 29, are SEALED pending further order of the Court.

DATED this 21st day of October 2025.

_____
Brian Morris, Chief District Judge
United States District Courts